H. Preston HAYWARD and Cora
L. Hayward, Defendants
Below, Appellants,

v.

William J. KING and Diane
Hagy–King, Plaintiffs
Below, Appellees.

**No. 202, 2015**

Supreme Court of Delaware.

Submitted: August 28, 2015

Decided: November 9, 2015

Court Below–Superior Court of the State of Delaware in and for New Castle County, C.A. No. N13C–07–232

AFFIRMED.

■

Michael l. MAPP, Defendant
Below–Appellant,

v.

STATE of Delaware, Plaintiff
Below–Appellee.

**No. 452, 2015**

Supreme Court of Delaware.

Submitted: November 2, 2015

Decided: November 9, 2015

Court Below—Superior Court of the State of Delaware, in and for Sussex County, Cr. ID 1403001795.

DISMISSED.

■

Alexander WALL, Defendant
Below–Appellant,

v.

STATE of Delaware, Plaintiff
Below–Appellee.

**No. 489, 2015**

Supreme Court of Delaware.

Submitted: November 4, 2015

Decided: November 9, 2015

Court Below—Superior Court of the State of Delaware, in and for New Castle County, Cr. ID 1307015789.

DISMISSED.

■

Cameron DAVIS, Defendant
Below–Appellant,

v.

STATE of Delaware, Plaintiff
Below–Appellee.

**No. 308, 2015**

Supreme Court of Delaware.

Submitted: October 1, 2015

Decided: November 9, 2015

Court Below—Superior Court of the State of Delaware, in and for New Castle County, Cr. ID 1007021708.

GRANTED. AFFIRMED.